LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-05319-GAF (RNBx) | Date | August 21, 2009 |
|---|---|---|---|
| Title | Jack B. McBride v. Capital Research and Management Company et al | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        (In Chambers)

## ORDER TO SHOW CAUSE

      Plaintiff's out of state attorneys, ROBERT B. WEINTRAUB and DANIEL W. KRASNER ("Counsel") have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Friday, September 11, 2009** why the Court should allow Counsel to represent Plaintiff before this Court.  Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

      IT IS SO ORDERED.