GIBSON, DUNN & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
GEvans@Gibsondunn.com
ANDREW Z. EDELSTEIN, SBN 218023
AEdelstein@Gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants
Capital Research and Management Company
and American Funds Distributors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK B. MCBRIDE OWNER FBO SYDNEY CHRISTINA MCBRIDE, ON BEHALF OF FUNDAMENTAL INVESTORS, INC. a/k/a FUNDAMENTAL INVESTORS FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC.<br><br>Defendant(s). | Case No. CV 09-5319 GAF (RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR STAY**<br><br><br>Judge:   Hon. Gary A. Feess<br>Place:   Courtroom 740 |

Pursuant to the Joint Stipulation For Stay filed with the Court on September 8, 2009, **IT IS HEREBY ORDERED** that:

(1) this action is stayed until one of the following events occurs (thereby automatically terminating the stay):

    (a) The parties in In re American Mutual Funds Fee Litigation, Master File CV-04-5593 (GAF) (RNBx) (also known as the "Corbi" litigation) resolve that action through a binding settlement agreement;

    (b) The Corbi action is dismissed; or

    (c) A judgment after trial is reached in Corbi.

(2) If the termination of the stay is caused: by section (a) above, Defendants shall have 30 days from the date of its execution to answer or otherwise respond to the complaint in this action; by section (b) above, Defendants shall have 30 days from the date of dismissal to answer or otherwise respond to the complaint in this action; or by section (c) above, Defendants shall have 45 days from the date thereof to answer or otherwise respond to the complaint in this action.

(3) Plaintiffs may lift this stay at any time by providing written notice to Defendants, after which Defendants shall have 45 days from receipt of such notice to answer or otherwise respond to the complaint in this action.

Dated: September 9, 2009    _____
                                      United States District Judge