WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

DANIEL W. KRASNER
krasner@whafh.com
ROBERT B. WEINTRAUB
weintraub@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK B. MCBRIDE OWNER FBO SYDNEY CHRISTINA MCBRIDE, ON BEHALF OF FUNDAMENTAL INVESTORS, INC. a/k/a FUNDAMENTAL INVESTORS FUND,<br><br>  Plaintiff,<br><br>vs.<br><br>CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AMERICAN FUNDS DISTRIBUTORS, INC.<br><br>  Defendant(s). | Case No.  CV 09-5319 GAF (RNBx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Gary A. Feess<br>Place: Courtroom 740<br>255 E. Temple Street<br>Los Angeles, CA  90012 |

1   Plaintiff herein, by his undersigned counsel, voluntarily dismisses this action
2   without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
3   DATED:  January 6, 2011

Respectfully submitted

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP

   /s/  Robert B. Weintraub
DANIEL W. KRASNER
ROBERT B. WEINTRAUB
270 Madison Ave.
New York, NY 10016
Telephone:   212/545-4600
Facsimile:    212/545-4653
kranser@whafh.com
weintraub@whafh.com

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:   619/239-4599
Facsimile:    619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiff

Of Counsel:

LAW OFFICES OF
  BRUCE G. MURPHY
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, Florida  32963
Telephone:  (772) 231-4202
Facsimile:  (772) 492-1044
bgm@brucemurphy.biz

676151v2